## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

|   |   |
|---|---|
| In re: ) ) WOODBRIDGE GROUP OF COMPANIES, LLC, ) *et al.*,[1] ) ) Remaining Debtors. ) ) | Chapter 11<br><br>Case No. 17-12560 (JKS)<br><br>(Jointly Administered) |
| MICHAEL GOLDBERG, in his capacity as ) Liquidating Trustee of WOODBRIDGE ) LIQUIDATION TRUST, ) ) Plaintiff, ) ) vs. ) ) MAXWELL FINANCIAL GROUP, INC. a ) California corporation, ) ) Defendant. ) | Adversary Proceeding<br>Case No. 19-50915 (JKS) |

### NOTICE OF SERVICE OF DEFENDANT'S INITIAL DISCLOSURES PURSUANT TO FED. R. CIV. P. 26(a)(1)

PLEASE TAKE NOTICE that on April 15, 2021, Defendant Maxwell Financial Group, Inc., by and through undersigned counsel, served *Defendant's Initial Disclosures Pursuant to Fed. R. Civ. P. 26(a)(1)* on the parties listed below by electronic mail:

Andrew W. Caine, Esq.
Bradford J. Sandler, Esq.
Colin R. Robinson, Esq.
PACHULSKI STANG ZIEHL & JONES LLP
919 North Market Street, 17th Floor
Wilmington, DE 19801
acaine@pszjlaw.com
bsandler@pszjlaw.com
crobinson@pszjlaw.com

---

[1] The Remaining Debtors and the last four digits of their respective federal tax identification numbers are as follows: Woodbridge Group of Companies, LLC (3603) and Woodbridge Mortgage Investment Fund 1, LLC (0172).

Dated: April 15, 2021        **CROSS & SIMON, LLC**

       */s/ David G. Holmes*
David G. Holmes (No. 4718)
1105 North Market Street, Suite 901
P.O. Box 1380
Wilmington, Delaware 19899-1380
302-777-4200 / 302-777-4224 (fax)
dholmes@crosslaw.com

*Attorney for Maxwell Financial Group, Inc.*